UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>A&B MARKET PLUS INC. dba CAMPUS LIQUOR AND DELI; LS&SLG, INC. dba ADAMS AVENUE LIQUOR; WALL FIRST VENTURE INC. dba RJ LIQUOR, OB STAR INC. dba LITICKERS LIQUOR; SAEED SOMO dba MESA FOOD AND LIQUOR; LATIF MAROGY dba SPOTTS LIQUOR and dba SUNRISE MARKET AND GAS; HANI SHAMOUN dba MIKE'S MARKET; NEIGHBORHOOD MARKET ASSOCIATION, INC.,<br><br>        Defendants and Counterclaimants. | Case No.: 3:19-cv-00172-GPC-AGS<br><br>**ORDER AND JUDGMENT DISMISSING ACTION.**<br><br>**(ECF Nos. 38, 40.)** |

On November 5, 2019, Plaintiff and Counterdefendant United States Liability

1

Insurance Company filed a motion to voluntarily dismiss the instant action against the above-captioned Defendants and Counterclaimants. (ECF No. 38.) Plaintiff's motion was invalid as it did not meet the criteria of Plaintiff's cited rule, Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A). Specifically, some Defendants had already filed an Answer, (*see* ECF Nos. 11, 13), and Plaintiff's motion was not jointly "signed by all parties who appeared." FED. R. CIV. PRO. 41(a)(1)(A).

On November 11, 2019, the above-captioned Parties jointly moved for voluntary dismissal. (ECF No. 40.) This time, all "parties to this action" properly stipulated, "in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice, of this action in its entirety, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs." (*Id.* at 2.) A motion of this kind is self-executing "[w]ithout a Court Order." FED. R. CIV. PRO. 41(a)(1)(A); *see also Cortinas v. Allison*, No. 1:19-CV-1244-JLT, 2020 WL 605358, at *5 (E.D. Cal. Feb. 7, 2020) (noting that "the action then will be terminated by operation of law" upon the plaintiff's filing of a motion for voluntary dismissal).

Nonetheless, to eliminate any potential confusion, the Court hereby **DISMISSES** the instant Action with prejudice, for good cause and pursuant to the Parties' joint stipulation, (ECF No. 40), and **ORDERS** that each Party bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 19, 2020

Hon. Gonzalo P. Curiel
United States District Judge